

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on December 1, 2014. We granted Appellant's first and second motions for extensions of time to file the brief until January 30, 2015. On January 30, 2015, Appellant filed an unopposed third motion for extension of time to file the brief.

Appellant's motion is GRANTED. Appellant brief is due to be filed *no later than March 2, 2015. Absent written proof of extenuating circumstances, no further extension will be granted.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court